[No. 13712-1-III.    Division Three.    December 15, 1994.]

MILDRED HILL, *Respondent*, v. GTE DIRECTORIES SALES CORP., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-2-02033-1, Richard J. Schroeder, J., entered November 19, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 32639-2-I.    Division One.    December 19, 1994.]

R. MICHAEL LANTZ, JR., *Appellant*, v. MAAS & LANTZ, P.S., ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 90-2-17611-8, Steven G. Scott, J., entered July 20, 1990, and March 30, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, C.J., concurred in by Agid and Becker, JJ.

[No. 32710-1-I.    Division One.    December 19, 1994.]

*In the Matter of the Marriage of* RAYMOND BROWN, *Appellant*, and LOU ANN BROWN, *Respondent*.

*In the Matter of the Guardianship of* RAYMOND F. BROWN.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-4-00880-4, Paul D. Hansen, J., entered April 9, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Scholfield and Agid, JJ.